440 F.2d 991
 John B. WIKE, Appellant,
v.
The SECRETARY OF HEALTH, EDUCATION AND WELFARE, Appellee.
 No. 15051.
 United States Court of Appeals, Fourth Circuit.
 March 2, 1971.
 
 Shelby E. Horton, Jr., Asheville, N.C., on the brief for appellant.
 Keith S. Snyder, U.S. Atty., Bruce B. Briggs, Asst. U.S. Atty., on the brief for appellee.
 Before HAYNSWORTH, Chief Judge, and SOBELOFF and BOREMAN, Circuit judges.
 PER CURIAM:
 
 
 1
 Affirmed on the opinion of the district court, W.D.N.C. 325 F.Supp. 291.
 
 
 2
 Affirmed.